

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2014

No. 04-13-00494-CR

**EX PARTE** Richard Anthony **BALDEZ**,

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 2519
Honorable Sarah Garrahan, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we ABATE the appeal to permit the trial court to clarify its June 25, 2013 order consistent with article 11.072, section 7(a). TEX. CODE CRIM. PROC. ANN. art. 11.072, § 7(a) (West Supp. 2013). The trial court is ORDERED to, within thirty days after the date of this order: (1) make appropriate orders and, if appropriate, enter findings of fact and conclusions of law; and (2) deliver any orders and findings of fact and conclusions of law to the trial court clerk. The trial court clerk is ORDERED to: (1) prepare a supplemental clerk's record containing all orders and findings of fact and conclusions of law which the trial court renders or makes; and (2) file the supplemental clerk's record with the clerk of this Court within thirty days after the date of this order.

It is so **ORDERED** on January 8, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2014.

_____
Keith E. Hottle, Clerk